# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

LATASHA MCLAUGHLIN,

       Plaintiff,

vs.

MILWAUKEE ELECTRIC TOOL CORPORATION,

       Defendant.

Case No. 3:13-CV-00194

## ORDER OF DISMISSAL

Based on the parties' Stipulation for Dismissal with Prejudice, it is hereby

ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, on the merits with each party to bear its own costs.

Signed this 30th day of July, 2014.

BY THE COURT:

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE